GUSTAVO L. MARTINEZ, City Attorney (SBN 173340)
**KATHERINE UNDERWOOD, Senior Deputy City Attorney (SBN 249308)**
**ELIZABETH A. HAWKINS, Senior Deputy City Attorney (SBN 240484)**
KUnderwood@cityofsacramento.org
EHawkins@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Facsimile: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAP BAR, LLC, a California Limited Liability Company; and G&SL LLC, a California Limited Liability Company,

Plaintiffs,

vs.

CITY OF SACRAMENTO; and DOES 1 through 20, inclusive,

Defendant.

Case No.: 2:25-cv-03244-DAD-CSK

**JOINT STIPULATION AND APPLICATION FOR AMENDMENT OF THE PRETRIAL SCHEDULING ORDER TO ALLOW A LIMITED EXTENSION OF THE FACT DISCOVERY DEADLINE**

Pursuant to Fed. R. Civ. P. 16(b)(1) and E.D. Cal. L.R. 144(a), Plaintiffs Trap Bar, LLC and G&SL, LLC and the City of Sacramento (collectively referred to herein as the "Parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. On March 20, 2026, the Court issued a Pretrial Scheduling Order (Dkt. No. 18).

2. The Pretrial Scheduling Order provides that all fact discovery shall be completed no later than December 14, 2026.

3. Counsel for the City will be on medical leave from November 16, 2026, through December 4, 2026.

4. The Parties have diligently worked to set a fact witness deposition schedule, with the first of many depositions having taken place on October 6, 2026. However, due to witness

availability and Counsel for the City being on medical leave for three weeks, the fact witness depositions cannot be completed prior to December 14, 2026.

5. This is the Parties' first stipulation and request to modify a discovery deadline provided for by the Pretrial Scheduling Order.

6. This stipulated extension will not change any other date set by the Pretrial Scheduling Order, including but not limited to the current motion hearing schedule, pretrial conference, or trial date.

7. The Parties have shown good cause for the stipulated extension to the fact discovery deadline pursuant to Fed. R. Civ. P. 16(b)(4), in light of Counsel for the City's medical leave shortening the time available to complete fact witness depositions by 3 weeks.

The Parties hereby stipulate, subject to the approval of the Court for good cause shown, that:

1. The fact discovery deadline shall be extended to February 1, 2027.

2. All other deadlines established in the March 20, 2026, Pretrial Scheduling Order (Dkt. No. 18) shall remain unchanged.

GUSTAVO L. MARTINEZ,
City Attorney

DATED: October 12, 2026

By: /s/ Katherine Underwood
**KATHERINE UNDERWOOD**
Senior Deputy City Attorney
Attorneys for the CITY OF SACRAMENTO

DOWNEY BRAND, LLP

DATED: October 12, 2026

By: /s/ Bradley C. Carroll
**BRADLEY C. CARROLL**
Attorneys for the Plaintiff, TRAP BAR LLC

IT IS SO ORDERED.

DATED: October 21, 2026

Chi Soo Kim
**CHI SOO KIM**
UNITED STATES MAGISTRATE JUDGE

8, trap.3244.25